UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALDINE DAR DAR,

    Plaintiff,

v.    Case No. 8:04-cv-1055-T-24 TBM

ASSOCIATED OUTDOOR CLUB, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on two motions: Plaintiff's Motion to Identify Millie Licata as Party or Non-Party (Doc. No. 103) and Plaintiff's Motion to Allow Supervisor's Log as Amended Exhibit No. 50 (Doc. No. 110).

### I.  Motion to Identify Licata

Plaintiff moves the Court to identify whether Millie Licata is the corporate representative for Defendant or a non-party that must be served with a subpoena in order to get her to appear as a witness at trial.  Plaintiff is concerned with the identification of Licata, because she believes that she must serve non-parties with a subpoena at least ten days prior to trial, and Licata is out of the country until November 15, 2005 and the trial begins November 21, 2005.  Defendant has telephonically notified the Court that it has not determined whether Licata will be the party representative, but it has no opposition to waiving the ten-day service requirement and allowing Plaintiff to serve Licata this week.  Accordingly, the Court finds that it cannot determine at this time whether Licata is a party, but it will grant the motion to the extent that the Court waives the ten-day service requirement and allow Plaintiff to serve Licata this week.

**II.  Supervisor Log**

Plaintiff moves the Court to allow Defendant's Supervisor's Log as Plaintiff's exhibit for trial.  Defendant has telephonically notified the Court that it intends to bring the original Supervisor's Log to Court during the trial.  Accordingly, the Court grants the motion to the extent that Plaintiff requests that the Court require Defendant to bring the original Supervisor's Log to Court during the trial of the case, and the Court will address the admissibility of the log at that time.

**III.  Conclusion**

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Identify Millie Licata as Party or Non-Party (Doc. No. 103) is **GRANTED** to the extent that the Court waives the ten-day service requirement and will allow Plaintiff to serve Licata this week.

(2) Plaintiff's Motion to Allow Supervisor's Log as Amended Exhibit No. 50 (Doc. No. 110) is **GRANTED** to the extent that the Court will require Defendant to bring the original Supervisor's Log to Court during the trial of this case, and the Court will address the admissibility of the log at that time.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff