UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALDINE DAR DAR,

    Plaintiff,

v.                                  Case No.  8:04-cv-1055-T-24 TBM

ASSOCIATED OUTDOOR CLUB, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Chris Kessler's motion to quash subpoena (Doc. No. 112), in which he requests that he be excused as a witness in this case, since he has prepaid for a cruise to the Carribean leaving on November 19, 2005 and returning November 26, 2005. The trial in this case is scheduled for November 21 - 23, 2005.  Upon consideration, it is ORDERED AND ADJUDGED that Chris Kessler's motion to quash subpoena is **GRANTED**, and he is excused from attending the trial in this case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff
Chris Kessler, 9330 N. 30th Street, Tampa, FL 33612