UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALDINE DAR DAR,

    Plaintiff,

v.                                        Case No. 8:04-cv-1055-T-24 TBM

ASSOCIATED OUTDOOR CLUB, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Emergency Motion to Quash/Motion for Protective Order (Doc. No. 114), in which Defendant requests that the Court quash Plaintiff's subpoena of Larry Hall. Defendant argues that since Larry Hall has "substantial and progressive short-term memory loss," he is not competent to testify. (Doc. No. 114, p.2). Upon consideration, it is ORDERED AND ADJUDGED that the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff