UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALDINE DAR DAR,

    Plaintiff,

v.                                            Case No.  8:04-cv-1055-T-24 TBM

ASSOCIATED OUTDOOR CLUB, INC.,

    Defendant.

_____/

**ORDER**

    This cause comes before the Court on Plaintiff's Motion for New Trial. (Doc. No. 125). The Court conducted a non-jury trial in this case on November 21-22, 2005 and found in favor of Defendant on Plaintiff's hostile work environment and retaliation claims.

    Federal Rule of Civil Procedure 59(a) provides that a new trial may be granted in an action tried without a jury for any of the reasons for which rehearings have been granted in suits in equity in the courts of the United States. Upon consideration of the arguments raised in her motion, Plaintiff's Motion for New Trial (Doc. No. 125) is **DENIED**.

    **DONE AND ORDERED** at Tampa, Florida, this 7th day of December, 2005.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff